IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TIFFANY D. MITCHELL, | ) | |
| | ) | Civil Action No. 4:09CV00035 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge Crigler recommending that an Order be entered granting judgment for the Commissioner of Social Security, affirming the Commissioner's final decision, and dismissing the case from the docket. Report and Recommendation, Jan. 27, 2011, ECF No. 18. The Report and Recommendation was filed on January 27th, 2011, from which time the parties had fourteen days to file an objection. Fed. R. Civ. P. 72(b)(2); Shamlee v. Astrue, No. 2:09CV0290, 2010 WL 3187609, at *1 (E.D.Va. Aug. 11, 2010). Because no objections have been filed, I **ORDER** that the January 27th Report and Recommendation be **ADOPTED** in its entirety. Judgment is **GRANTED** for the Commissioner of Social Security, the Commissioner's decision is **AFFIRMED**, and the Clerk is hereby directed to **DISMISS** this case from the docket.

The Clerk is further directed to send a copy of this Order to counsel and to Magistrate Judge Crigler.

Entered this 11th day of February, 2011.

s/Jackson L. Kiser<br>
Senior United States District Judge